

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Irma J. Leal,

\* From the 446th District Court
of Ector County,
Trial Court No. E-21-09-1286-FM.

Vs. No. 11-24-00015-CV

\* May 8, 2025

Daniel Lopez,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we remand this cause to the trial court for a new trial. The costs incurred by reason of this appeal are taxed against Daniel Lopez.